UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ABUDINO GOMEZ PEREZ,
*individually and on behalf of others similarly situated,*   Civil Action No. **24-cv-04664-RA**

                    *Plaintiff*,   ~~[Proposed Form Of]~~
                                        **JUDGMENT**

    -against-

PIL PIL SPANISH TAPAS INC. (D/B/A PIL
PIL SPANISH TAPAS WINE BAR),
NIKOLA ROMIC, and PREDAG GRUJICIC,

                    *Defendants*,
-----------------------------------------------------------------X

## **JUDGMENT**

On November 4, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ABUDINO GOMEZ PEREZ, have judgment against PIL PIL SPANISH TAPAS INC. (D/B/A PIL PIL SPANISH TAPAS WINE BAR), NIKOLA ROMIC, and PREDAG GRUJICIC, jointly and severally, in the amount of Ten Thousand Dollars and No Cents ($10,000.00), which is inclusive of attorneys' fees and costs.

Dated: November 6, 2024

                                                                        _____
                                                                         HON. RONNIE ABRAMS
                                                                         UNITED STATES DISTRICT JUDGE